UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-23140-RAR

**BRADLEY STERN**,
*individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**GOBRANDS, INC.**, *d/b/a Gopuff*,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Dismissal Without Prejudice, [ECF No. 18], filed on October 9, 2023. The Court having reviewed the record and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that all claims of the Plaintiff, Bradley Stern, individually, as well as all claims of any unnamed member of the alleged class, are hereby **DISMISSED** *without prejudice*. All pending deadlines are hereby **TERMINATED**, any pending motions are **DENIED as MOOT**, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 9th day of October, 2023.

                                                  **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**